No. 661. COCHRANE *v.* UNITED STATES; and

No. 662. FELLOWS *v.* UNITED STATES. January 31, 1938. Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs.*

*Leslie G. Pefferle* and *Roswell B. O'Harra* for petitioners. *Acting Solicitor General Bell, Assistant Attorney General McMahon,* and *Messrs. William W. Barron* and *W. Marvin Smith* for the United States. By leave of Court, briefs of *amici curiae* were filed by *Mr. Gurney E. Newlin,* on behalf of the Cerritos Gun Club et al., and by *Mr. Bennett Sanderson,* on behalf of the Massachusetts Waterfowlers' Assn., in support of petitioners. Reported below: 92 F. 2d 623.